**Fill in this information to identify the case:**

Debtor 1    John M Pascucci

Debtor 2    Karen M Pascucci
(Spouse, if filing)

United States Bankruptcy Court for the:    Eastern District of Pennsylvania    (State)

Case number    23-12552-mdc

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC    **Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account:    XXXXXX1171

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

o   No

o   Yes. Date of the last note: ___/___/____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ 0.00 |
| 3. Attorney fees | 9/8/23 Plan Review | (3) $150.00 |
| 4. Filing fees and court costs | | (4) $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 9/13/23 Proof of Claim | (5) $500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ 0.00 |
| 7. Property inspection fees | | (7) $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) $ 0.00 |
| 10. Property preservation expenses. Specify: _____ | | (10) $ 0.00 |
| 11. Other. Specify: _____ | | (11) $ 0.00 |
| 12. Other. Specify: _____ | | (12) $ 0.00 |
| 13. Other. Specify: _____ | | (13) $ 0.00 |
| 14. Other. Specify: _____ | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    John M Pascucci                                    Case number (if known) 23-12552-mdc

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

o    I am the creditor.

X    I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

X    /s/  Daniel P. Jones              Date  October 3, 2023
     Signature

Print:    Daniel P. Jones                                      Title: Attorney for Creditor
          First Name    Middle Name   Last Name

Company   Stern & Eisenberg, PC

Address   1581 Main Street, Suite 200
          Number        Street

          Warrington              PA              18976
          City                    State           ZIP Code

Contact phone (215) 572-8111                        Email  djones@sterneisenberg.com

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

Date:     October 3, 2023

Brad J. Sadek
Sadek and Cooper
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
bradsadek@gmail.com
**Counsel for Debtor**

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
**Bankruptcy Trustee**

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

John M Pascucci
3114 Taft Road
East Norristown, PA 19403

Karen M Pascucci
3114 Taft Road
Norristown, PA 19403
**Debtor(s)**

/s/   Daniel P. Jones
Daniel P. Jones, BAR# 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Ph: (215) 572-8111
djones@sterneisenberg.com
Attorney for Secured Creditor

PA202300000936